1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    RAYMOND LEE HILL

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. Cr. S 04-133 GEB
                                   )
12              Plaintiff,         )   **STIPULATION AND [lodged] ORDER TO**
                                   )   **REDUCE SENTENCE PURSUANT TO 18**
13      v.                         )   **U.S.C. § 3582(c)(2)**
                                   )
14  RAYMOND LEE HILL,              )   **RETROACTIVE CRACK COCAINE REDUCTION**
                                   )   **CASE**
15              Defendant.         )
                                   )
16  _____)

17       Defendant, RAYMOND LEE HILL, by and through his attorney,

18  Assistant Federal Defender David M. Porter, and plaintiff, UNITED

19  STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney

20  Jason Hitt, hereby stipulate as follows:

21       1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22  term of imprisonment in the case of a defendant who has been sentenced

23  to a term of imprisonment based on a sentencing range that has

24  subsequently been lowered by the Sentencing Commission pursuant to 28

25  U.S.C. § 994(o);

26       2.   Mr. Hill was sentenced by this Court on October 29, 2004, to

27  a term of 188 months and 23 days imprisonment.  His guideline range was

28  262 to 327 months, based on a total offense level of 35 and criminal

1   history category 5, and he received a 25% reduction from the low end of

2   the applicable guideline range on the government's motion;[1]

3         3.    The sentencing range Mr. Hill was sentenced under was

4   subsequently lowered by the United States Sentencing Commission on

5   November 1, 2007.  See U.S.S.G. App. C, Amdt. 706, as amended by Amdt.

6   711;

7         4.    Retroactive amendment 706 to the Sentencing Guidelines' Drug

8   Quantity Table in § 2D1.1 reduces the base offense level by 2 levels.

9   See *id.*; U.S.S.G. § 1B1.10, p.s. (Nov. 2007);

10        5.    This amendment changes Mr. Hill's guideline range from 262 to

11  327 months, to 210 to 262 months, based on the prior computation of

12  specific offense characteristics, adjustments, criminal history

13  category, and departures, and applying the same 25% reduction, Mr.

14  Hill's new sentence would be 149 months and 23 days;

15        6.    Mr. Hill was not sentenced at a congressionally mandated

16  minimum sentence, and he is therefore eligible for a reduction of his

17  sentence by retroactive application of Amendment 706 pursuant to 18

18  U.S.C. § 3582(c)(2) and policy statement § 1B1.10;

19        7.    Accordingly, the parties respectfully request the court enter

20  the order lodged herewith resentencing Mr. Hill to a sentence of 149

21  / / /

22  / / /

23  / /

24  / / /

25

---

26        [1] The government recommended a sentence of 196 months, and the
    Court agreed to run the recommended sentence concurrent to his parole
27  revocation sentence in Sacramento County Superior Court Case No.
    97F06441, with credit for 7 months and 7 days served on that sentence,
28  for a total term of 188 months and 23 days.

1    months and 23 days to be served concurrent with the Parole Revocation

2    Term.

3    Dated: November 18, 2009

4    Respectfully submitted,

5    BENJAMIN B. WAGNER           DANIEL J. BRODERICK
      United States Attorney       Federal Defender

6

7

        /s/ *Jason Hitt*              /s/ *David M. Porter*

8    JASON HITT                  DAVID M. PORTER
      Assistant U.S. Attorney      Assistant Federal Defender

9

      Attorney for Plaintiff       Attorney for Movant

10   UNITED STATES OF AMERICA     RAYMOND LEE HILL

11                           **ORDER**

12       On October 29, 2004, this Court sentenced Mr. Hill to a term of

13   imprisonment of 188 months and 23 days.  The parties agree, and the

14   Court finds, that Mr. Hill is entitled to the benefit of the

15   retroactive amendment reducing crack cocaine penalties, which reduces

16   his applicable offense level.

17       IT IS HEREBY ORDERED that the term of imprisonment originally

18   imposed is reduced to 149 months and 23 days to be served concurrent

19   with the Parole Revocation Term.

20       IT IS FURTHER ORDERED that all other terms and provisions of the

21   original judgment remain in effect.

22       Unless otherwise ordered, Mr. Hill shall report to the United

23   States Probation office closest to the release destination within

24   seventy-two hours after his release.

25   Dated: November 19, 2009

26

27                                   
                GARLAND E. BURRELL, JR.

28                 United States District Judge