# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RAYMOND LEE HILL ) | Case No: 2:04CR00133-01 |
| ) | USM No: 15048-097 |
| Date of Previous Judgment: 10/29/2004 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  188 mo. & 23 days  months **is reduced to**  149 mo. & 23 days  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  10/2  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/20/09

Effective Date: _____
(if different from order date)

Judge's signature

Garland E. Burrell, Jr. U.S. District Judge
Printed name and title