Case 2:04-cr-00133-GEB   Document 32   Filed 12/22/11   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAYMOND LEE HILL | ) | Case No: 2:04CR00133 |
|  | ) | USM No: 15048-097 |
| Date of Original Judgment:  11/16/04 | ) | |
| Date of Previous Amended Judgment: 12/9/09 | ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* |  | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **x** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  **x** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **149 months & 23 days** months **is reduced to** **118 months & 23 days to be served concurrent with the Parole Revocation Term**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/29/11

*[signature]*

Effective Date: _____                 United States District Judge
*(if different from order date)*        *Printed name and title*